**No. 69165.**—Hap Jones Distributing Co. and Joseph A. Paredes & Co. et al. *v.* United States, protests 60/19632, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. 69166.**—Hoyt, Shepston & Sciaroni and Danes Distributing Co. et al. *v.* United States, protests 62/15730, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.